IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MATTHEW TYLER,

                 Plaintiff,

v.

STEPHANIE WICK,

                 Defendant.

OPINION & ORDER

14-cv-68-jdp

---

      This case has been pared down to one federal claim and one state law claim regarding defendant Stephanie Wick's alleged false statements made during plaintiff's revocation hearing. Defendant has submitted a motion for summary judgment that is currently being briefed. Plaintiff filed a motion to compel discovery that is also being briefed. Each side has filed a motion regarding the intersection of discovery issues and the pending summary judgment briefing. Plaintiff has filed a motion to stay his summary judgment response deadline pending resolution of the motion to compel, which I will construe as a motion to extend his response deadline. Defendant has filed a motion to stay discovery pending resolution of the legal questions raised in her summary judgment motion regarding qualified and absolute immunity, as well as Wisconsin's notice of claim provision.

      Plaintiff's motion to compel does not raise issues related to the threshold legal issues raised by defendant. Rather than wait for the briefing on the motion to compel to be completed to decide how to proceed with summary judgment briefing, I conclude that discovery can be stayed pending resolution of the threshold legal issues raised by defendant. Plaintiff should submit his summary judgment response to the threshold questions raised by defendant, as well as his reply on the motion to compel. Should any claims survive this

portion of the summary judgment motion, the court will reopen discovery, rule on the motion to compel, and if appropriate, give plaintiff time to conduct discovery about the remaining factual issues. I will give plaintiff a short extension of both of his pending deadlines.

ORDER

IT IS ORDERED that:

1. Plaintiff's motion for an extension of time to file his summary judgment response, Dkt. 103, is GRANTED IN PART.

2. Defendant's motion to stay discovery, Dkt. 105, is GRANTED.

3. Plaintiff may have until July 21, 2015 to submit his reply on his motion to compel.

4. Plaintiff may have until July 28, 2015 to submit his response to defendant's motion for summary judgment. Defendant may have August 10, 2015, to file her reply.

Entered July 14, 2015.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge