IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW TYLER,

    Plaintiff,

v.

STEPHANIE WICK, SANDRA HANSEN, PETER MARIK, KIMBERLY MARKS, DAVID H. SCHWARZ, MARGARET BECKWITH, DEBORAH MCCULLOCH, ROBERT KNEEPKENS, JEFFREY P. HRUDKA, MARK SPEES, ALBERT LAVENDER, ERIC SWIATLY, MIKE LUTZ, VAL LITTY, DONNA HEDRICH, JAMIE OLSON, STEVE SCHNEIDER and WILLIAM PARKER,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-68-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed and dismissing his claims against Sandra Hansen, Peter Marik, Kimberly Marks, David H. Schwarz, Margaret Beckwith, Deborah McCulloch, Robert Kneepkens, Jeffrey P. Hrudka, Mark Spees, Albert Lavender, Eric Swiatly, Mike Lutz, Val Litty, Donna Hedrich, Jamie Olson, Steve Schneider, and William Parker; and granting Stephanie Wick's motion for summary judgment and dismissing this case.

| /s/ | 9/29/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |