IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

W.D. Case No. 14-cv-68

MATTHEW TYLER,

        Plaintiff,

v.

STEPHANIE WICK, SANDRA HANSEN,
PETER MARIK, KIMBERLY MARKS,
DAVID H. SCHWARZ, MARGARET BECKWITH,
DEBORAH MCCULLOCH, ROBERT KNEEPKENS,
JEFFREY P. HRUDKA, MARC SPEES,
ALBERT LAVENDER, ERIC SWIATLY, MIKE LUTZ,
VAL LITTY, DONNA HEDRICK, JAMIE OLSON,
STEVE SCHNEIDER, and WILLIAM PARKER,

        Defendants.

NOTICE OF APPEAL

Notice is hereby given that Matthew Tyler, plaintiff, in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment in a civil case entered in this action on the 29th day of September, 2016.

Dated this 25th day of October, 2016.

        Matthew Tyler
        Pro se

Matthew Tyler
P.O. Box 800
Mauston, WI 53948-0800